UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-10022-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LEON JESUS SAIZ FERNANDEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Physical Evidence [DE: 20].

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow and accordingly, the Magistrate Judge conducted an evidentiary hearing on September 25, 2020. A Report and Recommendation [DE: 38] was filed on October 12, 2020, recommending that Defendant's Motion to Suppress Physical Evidence [DE: 20] be **denied**.

The parties were afforded the opportunity to file written objections if any, from the date of being served. The record reveals that objections were filed by the Special Assistance United States Attorney [DE: 39] and the Defendant [DE: 40]. The objections were noted by this Court. After a *de novo* review of the Record and Magistrate Lurana S. Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation [DE: 38] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Physical Evidence [DE: 20] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of November, 2020.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record